UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CEVERO GARCIA** | : | **CIVIL ACTION NO. 14-cv-3236** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **BURL CAIN** | : | **MAGISTRATE JUDGE KAY** |

**REPORT AND RECOMMENDATION**

Before the court is the *habeas corpus* petition filed by *pro se* plaintiff Cevero Garcia on November 10, 2014.  Plaintiff is an inmate housed at the Louisiana State Penitentiary, Angola, Louisiana.  Doc. 1.

On June 2, 2015 plaintiff filed a Motion to Set in Abeyance or Withdraw his *habeas corpus* petition.  Doc. 4.  In his motion he states that he has not exhausted his state court remedies and asks the court to either stay his case or dismiss his petition without prejudice.  *Id.* at 1.

Therefore,

**IT IS RECOMMENDED** that plaintiff's *habeas corpus* petition be **DISMISSED WITHOUT PREJUDICE**.

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this report and recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** *See, Douglass v. United Services Automobile Association*, **79 F.3d 1415 (5th Cir. 1996.**

THUS DONE this 18th day of June, 2015.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE