RECEIVED
IN LAKE CHARLES, LA.

DEC 04 2015

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CEVERO GARCIA | * | CIVIL ACTION NO. 2:14-cv-3236 |
| | * | SECTION P |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| | * | |
| BURL CAIN | * | MAGISTRATE JUDGE KAY |

**************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's habeas corpus petition (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 2 day of December, 2015.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE